# First District Court of Appeal
## State of Florida

_____

No. 1D17-3787
_____

Julius J. Crusaw,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Union County.
Mark W. Moseley, Judge.

August 7, 2018

Per Curiam.

Affirmed.

Wolf, Lewis, and Ray, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Julius J. Crusaw, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.